KENT W. EASTER, State Bar No. 199838
kentweaster@gmail.com
LAW OFFICE OF KENT EASTER
18 Santa Eulalia
Irvine, CA 92673
Telephone: (949) 981-9447
Facsimile: (949) 861-6205

Attorney for Defendant
DUAL DIAGNOSIS ASSESSMENT &
TREATMENT CENTER, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUAL DIAGNOSIS ASSESMENT & TREATMENT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, MARY HUGHES, XEROX STATE HEALTHCARE, LLC, and DOES 1-25. <br><br> Defendants. | CASE NO. 13-cv-06935-SVW-VBKx <br><br> **STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

# STIPULATION TO CONTINUE
# INTIAL SCHEDULING CONFERENCE

The parties to the action, Dual Diagnosis Assessment & Treatment Center, Inc. ("Dual Diagnosis"), Xerox State Healthcare, LLC ("Xerox"), and Mary Hughes,[1] by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 10, 2013, the Court entered an order setting the initial scheduling conference for January 13, 2014 at 3:00 p.m.;

WHEREAS, counsel for Dual Diagnosis' counsel, Kent W. Easter, has a prexisting conflict on January 13, 2014. Mr. Easter, the sole attorney responsible for trial in this matter for his client, has a preplanned trip with his children to visit with family in Northern California and will be out of town from January 10 to January 15, 2014;

WHEREAS, defendant Mary Hughes was only served on December 9, 2013 and her responsive pleading is due December 30, 2013;

WHEREAS, counsel for defendant Hughes has indicated Hughes will be moving to dismiss the claims against Hughes in their entirety;

WHEREAS, counsel for the parties have conferred and do not object to a brief continuance of the scheduling conference, without waiver by defendant Mary Hughes of her position that the Court should decide her motion to dismiss prior to participating in discovery;

WHEREAS, the parties are amenable to holding the scheduling conference on January 27, 2014; and,

---

[1] On December 12, 2014, Plaintiff voluntarily dismissed defendant the California Department of Health Care Services from this action without prejudice.

- 1 -

STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE
CASE NO. 13-CV-06935-SVW-VBKX

NOW, THEREFORE, the parties stipulate and agree that good cause exists to continue the schedling conference until 3:00 p.m. on January 27, 2014 or as soon thereafter as the Court is available.

Dated: Dec. 23, 2013         LAW OFFICE OF KENT EASTER

By: */s/Kent W. Easter*
Kent W. Easter
Attorneys for Plaintiff
DUAL DIAGNOSIS ASSESSMENT &
TREATMENT CENTER, INC.

Dated: Dec. 23, 2013         CALL & JENSEN, P.C.

By: */s/ Scott Shaw*
Scott Shaw
Attorneys for Defendant
XEROX STATE HEALTHCARE, LLC

Dated: Dec. 23, 2013         ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Marie Wrighten*
Marie Wrighten
Deputy Attorney General
Attorneys for Defendant
MARY HUGHES

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(2)(i), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

*/s/ Kent W. Easter*
Kent W. Easter