KAMALA D. HARRIS
Attorney General of California
JENNIFER M. KIM
Supervising Deputy Attorney General
MARIE LEGGON WRIGHTEN, State Bar No. 167221
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 897-2444
 Fax: (213) 897-2505
 E-mail: Marie.Wrighten@doj.ca.gov
*Attorneys for Defendant*
*California Department of Health Care Services*

```
                    FILED
            CLERK, U.S. DISTRICT COURT
                 JUNE 3, 2014
          CENTRAL DISTRICT OF CALIFORNIA
          BY:       PMC       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAL DIAGNOSIS ASSESSMENT AND TREATMENT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARY HUGHES; and XEROX BUSINESS SERVICES, LLC, and DOES 1 - 25, <br><br> Defendants. | Case No. CV13-6935 SVW (VBKx) <br><br> [PROPOSED] ORDER ON STIPULATION TO EXTEND DUE DATE FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT <br><br> Judge: Honorable Stephen V. Wilson <br> Crtrm: 6 <br><br> Action Filed:   9/19/2013 |

1 | The Court, having reviewed the Stipulation to Extend the Due Date for Defendants Mary Hughes and Xerox Business Services, LLC (collectively, Defendants) to Respond to the Second Amended Complaint, hereby approves the stipulation and orders as follows:

Defendants' responses to the Complaint are due on June 19, 2014.

IT IS SO ORDERED.

Date: June 3, 2014

_____
Honorable Stephen V. Wilson
United States District Judge