KAMALA D. HARRIS
Attorney General of California
LESLIE P. MCELROY
Supervising Deputy Attorney General
BRITTNEY M. LOVATO
Deputy Attorney General
State Bar No. 294650
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 620-6000
 Fax:  (213) 897-2805
 E-mail:  Brittney.Lovato@doj.ca.gov
*Attorneys for Defendant Mary Hughes*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DUAL DIAGNOSIS ASSESSMENT AND TREATMENT CENTER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MARY HUGHES; XEROX BUSINESS SERVICES, LLC, and DOES 1 - 25,**<br><br>Defendants. | CV13-6935 SVW (VBKx)<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>Courtroom:     6<br>Judge:              Hon. Stephen V. Wilson<br>Trial Date:       October 6, 2015<br>Action Filed: September 19, 2013 |

TO THE ABOVE-CAPTIONED COURT:

Plaintiff Dual Diagnosis Assessment and Treatment Center, Inc. (Plaintiff), and Defendant Mary Hughes (Hughes) stipulate to extend Hughes's time to file a responsive pleading in this matter to August 13, 2015.

**RECITALS**

Plaintiff filed its Second Amended Complaint (SAC) on May 15, 2014.  The SAC contains over 100 paragraphs of factual allegations and regards over 9,000 Medi-Cal reimbursement claims.

Defendant Hughes filed a motion to dismiss the SAC on June 19, 2014. From June 19, 2014, through June 29, 2015, the parties litigated Defendant Hughes's motion to dismiss. On June 29, 2015, the Court took the matter under submission. The Court issued its order on Defendant Hughes's motion to dismiss on June 30, 2015, denying Defendant Hughes's motion. Defendant Hughes's responsive pleading is due on or before July 14, 2015. Fed. R. Civ. P. 12(a)(4).

**TERMS**

Defendant Hughes contends that good cause exists to extend her deadline to file a responsive pleading because the SAC asserts over 100 paragraphs of factual allegations and averments regarding over 9,000 Medi-Cal reimbursement claims. The allegations and averments in Plaintiff's SAC are voluminous and highly factually intensive, and require examination of hundreds, if not thousands, of documents in order to verify the accuracy of the allegations and averments asserted therein. Furthermore, additional time is necessary because multiple people within the Department of Health Care Services and within the Attorney General's Office must be consulted and must review the responsive pleading before it can be filed with the Court. As detailed above, since the SAC was filed and for the past thirteen months, all parties have been focused on litigating Defendant Hughes's motions to dismiss (and a separate motion to dismiss filed by Defendant Xerox). In order to proceed with maximum efficiency — keeping in mind that this case necessarily involves a state agency with limited funding — and to attempt to save the most resources, Defendant Hughes did not undertake the arduous task of reviewing the voluminous documents before the Court's order on Defendant Hughes's motion because, if the motion was granted, the case would be dismissed. Plaintiff consents to a 30-day extension of time for Defendant Hughes to file a responsive pleading. Therefore, Plaintiff and Defendant Hughes stipulate to extend Defendant Hughes's time to file a responsive pleading to August 13, 2015.

1    IT IS SO STIPULATED.

Dated: July 10, 2015

   */s/ Renee L. Campbell*
   EDI M. O. FAAL, ESQ.
   RENEE L. CAMPBELL, ESQ.
   *Attorney for Plaintiff*
   *Dual Diagnosis Assessment and*
   *Treatment Center, Inc.*

Dated: July 10, 2015

   KAMALA D. HARRIS
   Attorney General of California
   LESLIE P. MCELROY
   Supervising Deputy Attorney General


   */s/ Brittney M. Lovato*
   BRITTNEY M. LOVATO
   Deputy Attorney General
   *Attorneys for Defendant*
   *Mary Hughes*

Dated: July 10, 2015

   */s/ Kent P. Christensen*
   KENT P. CHRISTENSEN, ESQ.
   *Attorney for Defendant*
   *Xerox Business Services, LLC*

LA2013510474
51829901.doc

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dual Diagnosis Assessment & Treatment Center, Inc. v. CDHCS, et al.** | No. | **CV13-6935 SVW (VBKx)** |

I hereby certify that on **July 10, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 10, 2015**, at Los Angeles, California.

|  |  |
|---|---|
| Michi Ma | /s/ Michi Ma |
| Declarant | Signature |

51831398.doc