KAMALA D. HARRIS
Attorney General of California
JENNIFER M. KIM
Supervising Deputy Attorney General
BRITTNEY M. LOVATO
Deputy Attorney General
State Bar No. 294650
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 620-6000
 Fax:  (213) 897-2805
 E-mail:  Brittney.Lovato@doj.ca.gov
*Attorneys for Defendant*
*Mary Hughes*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DUAL DIAGNOSIS ASSESSMENT AND TREATMENT CENTER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MARY HUGHES; XEROX BUSINESS SERVICES, LLC, and DOES 1 - 25,**<br><br>Defendants. | CV13-6935 SVW (AJWx)<br><br>**ORDER**<br><br>Courtroom:  6<br>Judge:  Hon. Stephen V. Wilson<br>Trial Date:  October 6, 2015<br>Action Filed: September 19, 2013 |

The parties stipulation for a protective order regarding personal and protected health information is approved.  IT IS SO ORDERED.

DATED: _October 21, 2015

*[signature]*

ANDREW J. WISTRICH

U.S. MAGISTRATE JUDGE

LA2013510474
51900386.doc

1